# OFFICE OF THE CHAPTER 13 TRUSTEE
## CRAIG SHOPNECK, TRUSTEE
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Craig Shopneck, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Craig Shopneck
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
 on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period November 21, 2016 through September 30, 2017

Case No:  16-16410-jps

Debtor:  DAVID ASHLEY
172 BRACE AVENUE
ELYRIA, OH  44035

Filed:  November 21, 2016                    Required Plan Payments:  $820.00 MONTHLY

Attorney:  WILLIAM J BALENA                  Delinquency:  $410.00
(440) 759-0368

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 8,610.00 |
| Disbursements: | | |
|     Principal | 5,922.50 | |
|     Interest | 398.52 | |
|     Attorney Fee | 1,833.40 | |
|     Trustee Fee | 446.49 | |
| | | 8,600.91 |
| Funds on Hand: | | 9.09 |
| | | 8,610.00 |



Page 1 of 3

5901                    001100010012080203000

CASE NO: 16-16410-jps
DEBTOR: DAVID A ASHLEY

## RECEIPTS DURING REPORTING PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Dec 09, 2016 | 410.00 | Dec 23, 2016 | 410.00 | Jan 09, 2017 | 410.00 | Jan 17, 2017 | 410.00 | Feb 03, 2017 | 410.00 |
| Feb 17, 2017 | 410.00 | Mar 02, 2017 | 410.00 | Mar 16, 2017 | 410.00 | Mar 30, 2017 | 410.00 | Apr 14, 2017 | 410.00 |
| Apr 28, 2017 | 410.00 | May 11, 2017 | 410.00 | May 25, 2017 | 410.00 | Jun 09, 2017 | 410.00 | Jun 22, 2017 | 410.00 |
| Jul 10, 2017 | 410.00 | Jul 21, 2017 | 410.00 | Aug 03, 2017 | 410.00 | Aug 18, 2017 | 410.00 | Aug 31, 2017 | 410.00 |
| Sep 18, 2017 | 410.00 | | | | | | | | |

## DISBURSEMENTS DURING REPORTING PERIOD

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| 001A | CREDIT ACCEPTANCE CORPORATION | Unsecured | | 913.69 | .00 | |
| 7414 | | | 8,063.89 | 913.69 | .00 | 7,150.20 |
| 002 | LENDMARK FINANCIAL SERVICES | Unsecured | | 790.92 | .00 | |
| 5351 | | | 6,973.84 | 790.92 | .00 | 6,182.92 |
| 003 | FIRST INVERSTORS SERVICING CORP | Secured | With interest @ 6% | 2,158.28 | 398.52 | |
| 1613 | | | 8,436.00 | 2,158.28 | 398.52 | 6,277.72 |
| 003A | FIRST INVERSTORS SERVICING CORP | Unsecured | | 1,420.77 | .00 | |
| 1613 | | | 12,527.77 | 1,420.77 | .00 | 11,107.00 |
| 004 | QUANTUM3 GROUP LLC | Unsecured | | 126.38 | .00 | |
| 5454 | | | 1,114.13 | 126.38 | .00 | 987.75 |
| 005 | QUANTUM3 GROUP LLC | Unsecured | | 57.09 | .00 | |
| 8816 | | | 503.87 | 57.09 | .00 | 446.78 |
| 006 | LVNV FUNDING LLC | Unsecured | | 41.44 | .00 | |
| 7309 | | | 445.91 | 41.44 | .00 | 404.47 |
| 007 | MIDLAND FUNDING LLC | Unsecured | | 56.61 | .00 | |
| 0769 | | | 499.66 | 56.61 | .00 | 443.05 |
| 008 | PREMIER BANKCARD LLC | Unsecured | | 90.01 | .00 | |
| 1060 | | | 794.37 | 90.01 | .00 | 704.36 |
| 008N | PREMIER BANKCARD LLC | Unsecured | | 0.00 | 0.00 | |
| | | | .00 | .00 | .00 | .00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES LLC | Unsecured | | 174.76 | .00 | |
| 0222 | | | 1,540.63 | 174.76 | .00 | 1,365.87 |
| 009N | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 0.00 | 0.00 | |
| | | | .00 | .00 | .00 | .00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES LLC | Unsecured | | 92.55 | .00 | |
| 6972 | | | 816.81 | 92.55 | .00 | 724.26 |
| 010N | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 0.00 | 0.00 | |
| | | | .00 | .00 | .00 | .00 |
| 799 | WILLIAM J BALENA | Attorney Fees | | 1,833.40 | .00 | |
| | | | 2,200.00 | 1,833.40 | .00 | 366.60 |
| XXXN | AMERICREDIT FINANCIAL SERVICES | Unsecured | | 0.00 | 0.00 | |
| | | | .00 | .00 | .00 | .00 |
| XXXN | SYNCHRONY BANK | Unsecured | | 0.00 | 0.00 | |
| 9648 | | | .00 | .00 | .00 | .00 |



CASE NO: 16-16410-jps
DEBTOR: DAVID A ASHLEY

## DISBURSEMENTS DURING REPORTING PERIOD

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| 5268 | AMERICREDIT FINANCIAL SVCS | Secured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 7822 | SPRINT | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 6366 | EAGLE LOAN COMPANY OF OHIO INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 5268 | AMERICREDIT FINANCIAL SVCS | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | AFNI INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |

