# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268  Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
   on payment

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
## For the period December 01, 2017 through November 30, 2018

Case No: 16-16410-jps                    Filed: November 21, 2016

Debtor:  DAVID ASHLEY
         172 BRACE AVENUE

         ELYRIA, OH  44035

Attorney: WILLIAM J BALENA              Required Plan Payment:   $820.00 MONTHLY
          (440) 759-0368

---

## RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 21,320.00 |
| Disbursements: | | |
|     Principal | 15,740.41 | |
|     Interest | 1,475.97 | |
|     Attorney Fee | 2,200.00 | |
|     Trustee Fee | 1,112.33 | |
| | | 20,528.71 |
| Funds on Hand: | | 791.29 |
| | | 21,320.00 |



CASE NO: 16-16410-jps
DEBTOR: DAVID A ASHLEY

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dec 11, 2017 | 410.00 | Dec 22, 2017 | 410.00 | Jan 04, 2018 | 410.00 | Jan 18, 2018 | 410.00 |
| Feb 06, 2018 | 410.00 | Feb 20, 2018 | 410.00 | Mar 05, 2018 | 410.00 | Mar 19, 2018 | 410.00 |
| Apr 02, 2018 | 410.00 | Apr 16, 2018 | 410.00 | Apr 30, 2018 | 410.00 | May 14, 2018 | 410.00 |
| May 29, 2018 | 410.00 | Jun 11, 2018 | 410.00 | Jun 25, 2018 | 410.00 | Jul 09, 2018 | 410.00 |
| Jul 23, 2018 | 410.00 | Aug 06, 2018 | 410.00 | Aug 17, 2018 | 410.00 | Aug 29, 2018 | 410.00 |
| Sep 13, 2018 | 410.00 | Sep 27, 2018 | 410.00 | Oct 15, 2018 | 410.00 | Oct 29, 2018 | 410.00 |
| Nov 09, 2018 | 410.00 | Nov 26, 2018 | 410.00 | | | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001A | CREDIT ACCEPTANCE CORPORATION | 7414 | Unsecured | 379.00 | .00 |
| 001NA | EDWARD A BAILEY ESQ | | Unsecured | .00 | .00 |
| 002 | CERASTES LLC | 5351 | Unsecured | 327.73 | .00 |
| 002NA | CERASTES LLC | | Unsecured | .00 | .00 |
| 003 | FIRST INVERSTORS SERVICING CORP | 1613 | Secured | 2,544.41 | 268.07 |
| 003A | FIRST INVERSTORS SERVICING CORP | 1613 | Unsecured | 588.72 | .00 |
| 004 | QUANTUM3 GROUP LLC | 5454 | Unsecured | 52.35 | .00 |
| 005 | QUANTUM3 GROUP LLC | 8816 | Unsecured | 28.95 | .00 |
| 006 | LVNV FUNDING LLC | 7309 | Unsecured | 25.76 | .00 |
| 007 | MIDLAND FUNDING LLC | 0769 | Unsecured | 28.71 | .00 |
| 008 | PREMIER BANKCARD LLC | 1060 | Unsecured | 45.63 | .00 |
| 008NA | PREMIER BANKCARD LLC | | Unsecured | .00 | .00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES LLC | 0222 | Unsecured | 72.40 | .00 |
| 009NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES LLC | 6972 | Unsecured | 46.93 | .00 |
| 010NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 011 | AMERICREDIT FINANCIAL SERVICES | 5993 | Secured | 4,162.78 | 747.72 |
| 011A | AMERICREDIT FINANCIAL SERVICES | 5993 | Unsecured | 21.45 | .00 |
| 799 | WILLIAM J BALENA | | Attorney Fees | .00 | .00 |
| XXXNA1 | SYNCHRONY BANK | 9648 | Unsecured | .00 | .00 |
| | AFNI INC | | Unsecured | .00 | .00 |
| | EAGLE LOAN COMPANY OF OHIO INC | 6366 | Unsecured | .00 | .00 |
| | SPRINT | 7822 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 8,324.82 | 1,015.79 |

Page 2 of 2

498  001100010001140302000