# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
 on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period December 01, 2018 through November 30, 2019

Case No: 16-16410-jps        Filed: November 21, 2016

Debtor:   DAVID ASHLEY
          172 BRACE AVENUE

          ELYRIA, OH  44035

Attorney: WILLIAM J BALENA         Required Plan Payment:   $820.00 MONTHLY
          (440) 759-0368

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 24,600.00 |
| Disbursements: | | |
|     Principal | 19,462.62 | |
|     Interest | 1,644.65 | |
|     Attorney Fee | 2,200.00 | |
|     Trustee Fee | 1,292.73 | |
| | 24,600.00 | |
| Funds on Hand: | 0.00 | |
| | | 24,600.00 |



773        001100010001800202000

CASE NO:   16-16410-jps
DEBTOR:   DAVID A ASHLEY

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Dec 10, 2018 | 410.00 | Dec 24, 2018 | 410.00 | Jan 07, 2019 | 410.00 | Jan 22, 2019 | 410.00 | Feb 01, 2019 | 410.00 |
| Feb 15, 2019 | 410.00 | Mar 04, 2019 | 410.00 | Mar 15, 2019 | 410.00 | | | | |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001A | CREDIT ACCEPTANCE CORPORATION | 7414 | Unsecured | 90.35 | .00 |
| 001NA | EDWARD A BAILEY ESQ | | Unsecured | .00 | .00 |
| 002 | CERASTES LLC | 5351 | Unsecured | 77.45 | .00 |
| 002NA | CERASTES LLC | | Unsecured | .00 | .00 |
| 003 | FIRST INVERSTORS SERVICING CORP | 1613 | Secured | 1,207.11 | 90.00 |
| 003A | FIRST INVERSTORS SERVICING CORP | 1613 | Unsecured | 141.71 | .00 |
| 004 | QUANTUM3 GROUP LLC | 5454 | Unsecured | .00 | .00 |
| 005 | QUANTUM3 GROUP LLC | 8816 | Unsecured | .00 | .00 |
| 006 | LVNV FUNDING LLC | 7309 | Unsecured | .00 | .00 |
| 007 | MIDLAND FUNDING LLC | 0769 | Unsecured | .00 | .00 |
| 008 | PREMIER BANKCARD LLC | 1060 | Unsecured | .00 | .00 |
| 008NA | PREMIER BANKCARD LLC | | Unsecured | .00 | .00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES LLC | 0222 | Unsecured | 12.68 | .00 |
| 009NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES LLC | 6972 | Unsecured | .00 | .00 |
| 010NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 011 | AMERICREDIT FINANCIAL SERVICES | 5993 | Secured | 1,004.45 | 78.68 |
| 011A | AMERICREDIT FINANCIAL SERVICES | 5993 | Unsecured | 1,188.46 | .00 |
| 799 | WILLIAM J BALENA | | Attorney Fees | .00 | .00 |
| XXXNA1 | SYNCHRONY BANK | 9648 | Unsecured | .00 | .00 |
| | AFNI INC | | Unsecured | .00 | .00 |
| | SPRINT | 7822 | Unsecured | .00 | .00 |
| | EAGLE LOAN COMPANY OF OHIO INC | 6366 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 3,722.21 | 168.68 |